| | | | |
|---|---|---|---|
| Tyson v. State | 15–1863 | 03/22/2017 | Affirmed |
| Doss v. State | 15–1903 | 03/22/2017 | Affirmed |
| Franklin v. Johnston | 15–2047 | 03/22/2017 | Affirmed in part, Modified in part, and Remanded |
| Batinich v. Renander | 15–2053 | 03/22/2017 | Affirmed-in-part, Vacated-in-part, and Remanded with Directions |
| Smith v. Janssen | 16–0018 | 03/22/2017 | Affirmed on both Appeals |
| Torstenson v. Birchwood Estate, L.L.C. | 16–0118 | 03/22/2017 | Reversed and Remanded with Instructions |
| Filipelli v. Iowa Racing and Gaming Commission | 16–0301 | 03/22/2017 | Affirmed |
| Coates v. State | 16–0324 | 03/22/2017 | Affirmed |
| State v. Miller | 16–0331 | 03/22/2017 | Reversed and Remanded |
| Paine v. American Family Mutual Insurance Company | 16–0429 | 03/22/2017 | Affirmed |
| Kenne, In re Marriage of | 16–0467 | 03/22/2017 | Affirmed on both Appeals |
| Cole v. State | 16–0469 | 03/22/2017 | Affirmed |
| Hartson v. Estate of Iverson | 16–0475 | 03/22/2017 | Affirmed |
| Z.N., In Interest of | 16–0693 | 03/22/2017 | Affirmed |
| Swingen v. Koch | 16–0761 | 03/22/2017 | Affirmed |
| State v. Luckett | 16–0798 | 03/22/2017 | Vacated in part and Remanded with Directions |
| Anderson–Gerels and Gerels, In re Marriage of | 16–0820 | 03/22/2017 | Affirmed as Modified |
| State v. Griffin | 16–0877 | 03/22/2017 | Affirmed |
| State v. Brown | 16–0897 | 03/22/2017 | Conviction Affirmed; Sentence Vacated and Remanded for Resentencing |
| State v. Moeller | 16–0901 | 03/22/2017 | Affirmed |
| Luana Savings Bank v. Caspersen | 16–1013 | 03/22/2017 | Reversed and Remanded |
| Noll v. Iowa Department of Human Services | 16–1049 | 03/22/2017 | Reversed and Remanded |
| Hilmer, In re Marriage of | 16–1074 | 03/22/2017 | Affirmed |
| Rodamaker v. Biermann | 16–1102 | 03/22/2017 | Affirmed |
| State v. Sifuentes | 16–1192 | 03/22/2017 | Affirmed |
| State v. Jean | 16–1203 | 03/22/2017 | Sentence Affirmed in part, Vacated in part, and Remanded with Directions |
| M.H., In Interest of | 16–1238 | 03/22/2017 | Affirmed |
| Bacon, Matter of Estate of | 16–1270 | 03/22/2017 | Affirmed |
| Peters v. O'Donnell | 16–1284 | 03/22/2017 | Affirmed |
| Pourroy, In re Marriage of | 16–1391 | 03/22/2017 | Affirmed |